Jonathan Marra
2020 Grand Avenue, APT 2 Baldwin, NY 11510
516.472.1162

10/24/2019

To:
The Honourable Analisa Torres
United States District Judge
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Jonathan Marra vs Equifax Inc. Index Number 19-cv-08901-AT

Dear Judge Torres,

On October 10, 2019 I wrote in reply to your letter that I received on September 30, 2019. In my original letter which is included I had the civil court's case number listed rather that the federal court's, my apologies for the typo. Also before replying to your letter I addressed the letter to you, but I recently learned that it is the pro se intake office that the letter should be sent to. The following is the FedEx tracking number for the original letter, 776673518273 delivered October, 11 2019. I'm also including the original letter sent October 10, 2019 although with the typo, at the header of that page I'm including a reference to the typo.

Additionally, in your letter to me you asked if I intended to contest the civil case being moved from the New York City Civil Court to the United States District Court Southern District of New York. I also received the defendant's motion for a more definite statement. Respectfully, I would ask the court if we can address the remanding of the case back to the civil court first. Please reference my letter that further explains my reasoning to why I believe the case should be sent back to the civil court. Thank you again for your consideration.

Regards,
Jonathan Marra

originally sent via FedEx October 10, 2019 Tracking number 776673518273; Letter has a typo, the case number should be 19-cv-08901-AT and not the index number from the civil case.

---

Jonathan Marra
2020 Grand Avenue, APT 2 Baldwin,NY 11510
516.472.1162

10/10/2019

To:
The Honourable Analisa Torres
United States District Judge
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Jonathan Marra vs Equifax Inc. Index Number CV-022442-19/NY

Dear Judge Torres,

I have received your letter dated September 30, 2019 in regards to my lawsuit; Jonathan Marra vs Equifax Inc. Index Number CV-022442-19/NY. I am writing in reply to state that I respectfully contest the moving of the case from the New York City Civil Court to the United States District Court Southern District of New York.

To the best of my knowledge, In the papers the defendant filed with the court to move the case to your court they referenced one sentence in my claim as their reason for removal from the New York City Civil Court. The sentence in the claim stated, "Breach of the Fair Credit Reporting Act".

Although the Fair Credit Reporting Act (FCRA) is a federal law; per New York state law specifically, General Business Consolidated Laws of New York, Article 25 references the state law as "Fair Credit Reporting Act". Because I am representing my own case "pro se" this is from my research of why the case should be in the Civil Court. My claim also references the defendant's negligence. New York state law has consolidated law CVP § 1411 to address such negligence that's within the Civil Court's jurisdiction. Again, respectfully I would like to contest moving of the case from the Civil Court to the United States District Court Southern District of New York. Thank you for your consideration.

Regards,
Jonathan Marra



ORIGIN ID:TYLA (516) 472-1162
JONATHAN MAFFRA
2020 GRAND AVENUE
APT 2
NORTH BALDWIN, NY 11510
UNITED STATES US

SHIP DATE: 24OCT19
ACTWGT:
CAD: 108600009/INET4162

BILL CREDIT CARD

TO **PRO SE INTAKE**
**US DISTRICT COURT SOUTHERN DISTRICT**
**40 FOLEY SQUARE**
**ROOM 105**
**NEW YORK NY 10007**
(212) 805-0175       REF:
INV:
PO:                  DEPT:



FedEx Express

TUE - 29 OCT 4:30P
**EXPRESS SAVER**

TRK# 7768 0942 0267
0201

**E3 PCTA**                10007
              NY-US   EWR





2019 OCT 29 AM 9:14
S.D. OF N.Y.